IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENZYME CORPORATION and SANOFI-AVENTIS U.S. LLC <br><br> Plaintiffs and Counter-Defendants <br><br> v. <br><br> ZYDUS PHARMACEUTICALS (USA) INC. <br><br> Defendant and Counter-Claimant | ) ) ) ) ) ) ) ) C.A. No. 1:16-cv-00540 (KAJ) ) ) ) ) ) ) ) ) |

**FINAL JUDGMENT**

This action came before the Court for a four-day bench trial held on March 26-27, 2018 and April 10-11, 2018 (D.I. 81-84). The issues have been tried and decisions have been rendered by the Court:

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of:

1. Plaintiffs (GENZYME CORPORATION and SANOFI–AVENTIS U.S. LLC), and against Defendant (ZYDUS PHARMACEUTICALS (USA) INC.), finding that Defendant did not prove by clear and convincing evidence that claim 8 of U.S. Patent No. 6,987,102 ("the '102 patent") and claims 8 and 19 of U.S. Patent No. 7,897,590 ("the '590 patent") are invalid due to derivation (or anticipation), obviousness, or for reciting patent-ineligible subject matter for the reasons set forth in the Court's Post-Trial Findings of Fact and Conclusions of Law filed under seal (D.I. 105) and Order (D.I. 106).

2. Plaintiffs, and against Defendant, finding that because the Defendant stipulated that its proposed generic plerixafor ANDA product would infringe claim 8 of the '102 patent and claims 8 and 19 of the '590 patent, to the extent that those claims are valid and enforceable, and because this Court has found that Defendant did not prove that the claims are invalid or unenforceable, Plaintiffs are entitled to injunctive relief.

3. Defendant, and against Plaintiffs, finding that Plaintiffs are not entitled to attorney's fees under 35 U.S.C. § 285.

IT IS HEREBY ORDERED that, under 35 U.S.C. § 271(e)(4)(A), because Defendant stipulated that the submission of its ANDA infringes claim 8 of the '102 patent and claims 8 and 19 of the '590 patent, and the use, sale, or offer for sale of Defendant's proposed generic plerixafor ANDA product for the indication proposed in the ANDA in the United States, if approved by the FDA with its current proposed labeling or with labeling substantially identical to that currently proposed, would infringe claim 8 of the '102 patent and claims 8 and 19 of the '590 patent, and because those claims have not been found invalid or unenforceable, and have not expired, the effective date of approval of Defendant's ANDA No. 208980 shall not be prior to the expiration date of the '102 and '590 patents, except to the extent subsequently agreed between Plaintiffs and Defendant or ordered or otherwise permitted by this Court or other tribunal; and it is further

ORDERED that, under 35 U.S.C. § 271(e)(4)(B), Defendant, as well as its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, is permanently enjoined from manufacturing, using, selling, or offering to sell within the United States, or importing into the United States, its proposed generic plerixafor ANDA product, prior to the expiration date of the '102 and '590 patents, except to the extent

subsequently agreed between Plaintiffs and Defendant or ordered or otherwise permitted by this Court or other tribunal; and it is further

ORDERED that, within 14 working days from the date of entry of this Final Judgment, pursuant to 21 C.F.R. § 314.107(e), Defendant shall submit a copy of entry of this Final Judgment to the FDA Office of Generic Drugs; and it is further

ORDERED that the parties shall be responsible for their own attorney's fees.

Dated: August 21, 2018

_____
KENT A. JORDAN, CIRCUIT JUDGE
SITTING BY DESIGNATION